**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | | |
|---|---|---|
| JASON FLAPPAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-CV-2245 CM/JPO |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

JASON FLAPPAN (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against CENTRAL CREDIT SERVICES, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

PLAINTIFF'S COMPLAINT  1

## PARTIES

6. Plaintiff is a natural person residing in Overland Park, Johnson County, Kansas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a corporation with its headquarters located in Jacksonville, Florida.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt for a Sallie Mae, Inc. account.

12. Defendant calls Plaintiff approximately one (1) to two (2) times a week since March 2011.

13. Defendant calls Plaintiff and leaves messages that fail to identify the name of the company calling and that fail to disclose that the call is from a debt collector (See Exhibit A).

14. Defendant refused to give Plaintiff permission to record the conversation and informed him that if he did, the recording would not be admissible evidence in Court.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff.

    b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls to Plaintiff

      without meaningful disclosure of the caller's identity because Defendant fails to identify the name of the company calling.

   c. Defendant violated *§1692e(11)* of the FDCPA by failing to state that the call is from a debt collector.

WHEREFORE, Plaintiff, JASON FLAPPAN, respectfully requests judgment be entered against Defendant, CENTRAL CREDIT SERVICES, INC., for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Kansas City as place for TRIAL.**

                RESPECTFULLY SUBMITTED,

                By: _/s/ Adam C. Maxwell_
                    Adam C. Maxwell (Bar #24706)
                    Krohn & Moss, Ltd.
                    120 W. Madison St. - 10th Floor
                    Chicago, IL  60602
                    (312) 578-9428 ext 281
                    (866) 309-9458 Fax
                    amaxwell@consumerlawcenter.com
                    Attorney for Plaintiff

**<u>DEMAND FOR JURY TRIAL</u>**

PLEASE TAKE NOTICE that Plaintiff, JASON FLAPPAN, demands a jury trial in this case.

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF TEXAS

    Plaintiff, JASON FLAPPAN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, JASON FLAPPAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_4/11/2011_
Date

_[signature]_
JASON FLAPPAN

# **EXHIBIT A**

This message is for Jason Flappan.  This is Cyan Wagner calling about an important matter that needs your attention.  This is not a solicitation call.  You can reach me directly at 1-866-256-3262.  Please refer to your file number when you are calling the office of 6921787.  Before you are connected, you will receive a prerecorded full disclosure of the purpose of the call.  Again, it an important matter, 1-866-256-3262.  Thank you.